**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROGER CHARLES DAY, JR.** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:20-cv-00806** |
| | ) | |
| **DAVID HASKETT, et al.** | ) | |

**<u>PLAINTIFF'S NOTICE OF ADDRESSES FOR SERVICE OF THE DEFENDANTS</u>**

Plaintiff, Mr. ROGER CHARLES DAY, JR., by and through counsel, respectfully provides the following information for the service of the Defendants in this case. Having conducted due diligence in an attempt to identify the locations of the Defendants, Mr. Day states the following:

1. Defendant David Haskett has a listed residential address of 507 Roosevelt Blvd., Apt. C215, Falls Church, VA 22044 and 914 Forest Dr., Unit 101, Annapolis, MD 21403.

2. Defendant Nelson Wu's address and current employment cannot be identified.

3. Defendant Clifford Johnson is the Assistant Legal Adviser for Management Affairs at the U.S. Department of State and may be personally served at his place of employment, located at 2201 C St. N.W., HST, Room 6421, Washington, D.C. 20520. His personal residence has yet to be determined.

4. Defendant Edward A. Betancourt is an employee of the United States Department of State and may be personally served at his residence last listed as 6210 Hardy Dr., Mclean, VA 22101-3113 or his place of employment, located at 2201 C St. N.W., Washington, D.C. 20520.

5. Defendant Jerold McMillen is an employee of the United States Department of Justice and may be personally served at his residence, last listed as 43354 Hollybank Pl., South

Riding, VA 20152-2575, and his place of employment, 1400 New York Ave. NW, Washington, D.C., 20005-2107.

6. Defendant Patricia Espinoza Cantellano is a Mexican national who resides in Germany as the Executive Secretary of the United Nations Framework Convention on Climate Change and resides in Germany. She can be personally served at her place of employment, located at: The Office of the UNFCCC Secretariat, UN Campus, Platz der Vereinten Nationen 1, 53113 Bonn, Germany. Her personal residence has yet to be determined.

7. Defendant Genaro Garcia Luna is a United States federal pretrial detainee in the United States District Court for the Eastern District of New York (Brooklyn) in Case No. 1:19-cr-00576-BMC-1. The Bureau of Prisons and U.S. Marshall Service do not list Mr. Luna's whereabouts and it is suspected that he is subject to high-security measures that do not list his place of confinement or inmate number. Efforts have been made to identify his location for service or any registered agents and additional information will be forthcoming.

Respectfully submitted,

s/ *Krystal Brunner Swendsboe*

Krystal B. Swendsboe (D.C. Bar # 1552259)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049
kswendsboe@wiley.law

Elliott Michael Harding
Harding Counsel, PLLC
608 Elizabeth Ave.
Charlottesville, VA 22901
Phone: (434) 962-8465
Elliott@HardingCounsel.com

*Counsel for Plaintiff Mr. Roger Day*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all Counsel of Record.

s/ *Krystal Brunner Swendsboe*
Krystal B. Swendsboe (D.C. Bar # 1552259)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049
kswendsboe@wiley.law