**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROGER CHARLES DAY, JR.** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:20-cv-00806** |
| | ) | |
| **DAVID HASKETT, et al.** | ) | |

**PLAINTIFF'S SUPPLEMENTAL NOTICE OF ADDRESS FOR SERVICE OF DEFENDANT LUNA**

COMES NOW, the Plaintiff, Mr. ROGER CHARLES DAY, JR., by and through counsel, and respectfully provides the following supplemental information for the service of the Defendants in this case. Having conducted due diligence in an attempt to identify the locations of the Defendants, Mr. Day states the following:

1. Mr. Day previously submitted a notice of address for service for the Defendants on November 15, 2021. Dkt. No. 17.

2. In the first notice, Mr. Day stated the following in reference to Mr. Genaro Garcia Luna, one of the listed Defendants in the matter:

   Defendant Genaro Garcia Luna is a United States federal pretrial detainee in the United States District Court for the Eastern District of New York (Brooklyn) in Case No. 1:19-cr-00576-BMC-1. The Bureau of Prisons and U.S. Marshall Service do not list Mr. Luna's whereabouts and it is suspected that he is subject to high-security measures that do not list his place of confinement or inmate number. Efforts have been made to identify his location for service or any registered agents and additional information will be forthcoming.

3. Having received the following information from the U.S. Marshall Service, Mr. Luna may be served at the following address:

   Metropolitan Detention Center, Brooklyn
   Attn: Genaro Garcia Luna, Inmate No. 59745177
   80 29th St.,
   Brooklyn, NY 11232

Respectfully submitted,

_________/s_______________

Elliott Michael Harding
*Counsel for Mr. Roger Day*
Harding Counsel, PLLC
608 Elizabeth Ave.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

Krystal B. Swendsboe
(D.C. Bar # 1552259)
*Counsel for Mr. Roger Day*
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049
kswendsboe@wiley.law

**CERTIFICATE OF SERVICE**

I hereby certify that the following was filed with the Clerk of Court via ECF/CM and notice was sent to the Government's counsel this day, January 20, 2022 which will then send a notification of such filing (NEF) to all Counsel of Record.


_______/s__________________
Elliott M. Harding, Esq. (VSB # 90442)
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
608 Elizabeth Ave.,
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com