# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROGER CHARLES DAY, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID HASKETT, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-0806 (EGS)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On consideration of Plaintiff's Supplemental Notice of Address for Service of the Defendant Luna (ECF No. 20), it is hereby

ORDERED that, pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court shall issue summonses and shall cause personal service of process to be effected on:

> **Genaro Garcia Luna**
> Register No. 59745-177
> Metropolitan Detention Center, Brooklyn
> 80 29th Street
> Brooklyn, NY 11232

SO ORDERED.

DATE: January 20, 2022　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　　　United States District Judge