**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROGER CHARLES DAY, JR.** | ) | |
| | ) | |
| ***Plaintiff*** | ) | |
| **v.** | ) | **Case No. 1:20-cv-00806 (EGS)** |
| | ) | |
| **DAVID HASKETT, et al.** | ) | |
| ***Defendants*** | | |

**STATUS REPORT**

NOW COMES, the Plaintiff, Mr. ROGER CHARLES DAY, JR., by and through counsel, and respectfully provides this status report per Court minute order entered on June 2, 2026.

1. Plaintiff's counsel last filed a status report on May 25, 2026 which stated that in the ongoing effort to identify the residency or other address for service of process to Defendant Cantellano, Plaintiff's counsel had previously issued a subpoena duces tecum to Cantellano's former employer (Georgetown University) and served and attempted to contact Georgetown's Human Resources Department to determine whether it intended to comply with a previously issued subpoena or whether it would be in a position to send the desired materials via electronic mail.
2. On June 22, 2026, Georgetown's Human Resources Department and its General Counsel's Office were served with notice of written depositions as well as another subpoena duces tecum per Fed. R. Civ. P. 31(a).
3. Copies of these items and the proof of process are attached.
4. Given the requirements of Fed. R. Civ. P. 30 and 31, Plaintiff's counsel anticipates Georgetown University's compliance with the notice of deposition and the production of material information that will result in the information being sought.

5. As a result, the Plaintiff respectfully requests for additional time to coordinate with Georgetown University, issue the depositions to the designated officer or agent, and then proceed with service on Defendant Cantellano at the respective address(es) to be provided.

WHEREFORE, the Plaintiff, Mr. Roger C. Day, Jr., respectfully moves for this Court GRANT him leave of an additional 30 days to engage in efforts to attempt to serve Defendant Cantellano and provide a status report of efforts taken and satisfaction thereof, including a report of those efforts already taken.

Respectfully submitted

_________/s_______________

Elliott Michael Harding
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the following was filed this 26th day of June, 2026 with the Clerk of Court via ECF/CM.

_______/s__________________

Elliott M. Harding, Esq. (VSB # 90442)
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com