Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Georgetown - Toni S. Bacote

on *(date)* 22 Jun 2026

❒ I served the subpoena by delivering a copy to the named person as follows: Toni Bacote, secretary who was working at the front desk of Georgetown University's Human Resources Department at 2115 Wisconsin Ave NW 6th Floor, Washington D.C. on *(date)* 6-22-2026 ; or

❒ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ 25 for travel and $ 50 for services, for a total of $ 75 .

I declare under penalty of perjury that this information is true.

Date: 6-22-2026

*Server's signature*

Jonathan Wall

*Printed name and title*

2110 Wingate Bishops Head Rd. Wingate, MD 21675

*Server's address*

Additional information regarding attempted service, etc.:

Subsequently after serving the subpoena to the HR Department at Georgetown University. I made certain to also deliver copy of it to Georgetown University's General Counsel's office. Their General Counsel's Office is located on the main campus by 37th St. NW & O St. NW in Washington D.C. within suite 202 of Healey Hall. I left the copy with a man at their front desk by the name of John Moore.