ELLIOTT M. HARDING, ESQ.
HARDING COUNSEL PLLC

Telephone: 434-962-8465
Email: Elliott@HardingCounsel.com

2805 Meadow Vista Dr.
Charlottesville, VA 22901

June 19, 2026

Mr. Adam Adler, VP & General Counsel
Georgetown University
Office of General Counsel
202 Healy Hall
P: 202-687-4158
E: Adam.Adler@Georgetown.edu

Ms. Becci Menghini,
Interim VP & Chief Human Resources Officer
Georgetown University
2115 Wisconsin Ave. NW, 6th Floor
Washington, DC 20007
P: 202-687-2500

Dear Mr. Adler and Ms. Menghini,

I am enclosing a notice of written deposition and subpoena duces tecum to the Georgetown University Human Resources Department for the reasons stated therein. Please contact me at your earliest convenience so as to coordinate who will serve as the designated representative of the Department. I look forward to hearing from your office soon and working together to finalize this effort in a timely fashion.

Sincerely,

____________/s_________________

By: Elliott M. Harding, Esq.
*Counsel for Mr. Roger C. Day, Jr.*
HARDING COUNSEL, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com