**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROGER CHARLES DAY, JR.** | ) | |
| | ) | |
| ***Plaintiff*** | ) | |
| **v.** | ) | **Case No. 1:20-cv-00806 (EGS)** |
| | ) | |
| **DAVID HASKETT, et al.** | ) | |
| ***Defendants*** | | |

**NOTICE OF WRITTEN DEPOSITION AND SUBPOENA DUCES TECUM**

NOW COMES, the Plaintiff, Mr. ROGER CHARLES DAY, JR., by and through counsel, and pursuant to Fed. R. Civ. P. 30 and 31 respectfully provides notice to Georgetown University's Human Resources Department and its appropriate officer or agent(s) that it will be subject to a written deposition for the purposes stated herein. The Plaintiff issues the accompanying subpoena duces tecum in support thereof as well.

The Plaintiff is issuing written deposition of the Georgetown University Human Resources Department and to its appropriate, designated officer for the purpose of determining and receiving the most recent contact information, including any and all physical mailing addresses, residential addresses, phone numbers, and emails in the University's possession that are in the file of a current or former employee of the University, Ms. Patricia Espinosa Contellano, Non-Resident Fellow for the Institute for Women, Peace, and Security. Ms. Contellano is a named Defendant in this case and the purpose of the information being sought is for the sake of assisting the Plaintiff in his efforts to execute service of process.

Pursuant to Fed. R. Civ. P. 30(b)(6), Georgetown must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf and it may set out the matters on which each person designated will testify.

Before or promptly after receiving this notice and service, Georgetown and Plaintiff's counsel listed below must confer in good faith about the matters for examination. Georgetown has a duty to confer with Plaintiff's counsel and to designate each person who will testify to the written deposition. The persons designated must testify about information known or reasonably available to the organization.

WHEREFORE, the Plaintiff, Mr. Roger C. Day, Jr., respectfully provides notice to the University and attaches a subpoena duces tecum seeking the records that depict the information being sought.

Respectfully submitted

_________/s_______________

Elliott Michael Harding
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com