**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROGER CHARLES DAY, JR.** | ) | |
| | ) | |
| ***Plaintiff*** | ) | |
| **v.** | ) | **Case No. 1:20-cv-00806 (EGS)** |
| | ) | |
| **DAVID HASKETT, et al.** | ) | |
| ***Defendants*** | | |

**STATUS REPORT**

NOW COMES, the Plaintiff, Mr. ROGER CHARLES DAY, JR., by and through counsel, and respectfully provides this status report per Court minute order entered on July 1, 2026.

1. Plaintiff's counsel last filed a status report on June 26, 2026 which stated that in the ongoing effort to identify the residency or other address for service of process to Defendant Cantellano, Plaintiff's counsel had previously issued a subpoena duces tecum to Cantellano's former employer (Georgetown University) and served and attempted to contact Georgetown's Human Resources Department to determine whether it intended to comply with a previously issued subpoena or whether it would be in a position to send the desired materials via electronic mail.
2. On June 22, 2026, Georgetown's Human Resources Department and its General Counsel's Office were served with notice of written depositions as well as another subpoena duces tecum per Fed. R. Civ. P. 31(a).
3. Copies of these items and the proof of process were attached.
4. Georgetown University, per its legal counsel, Mr. Paul Greco, complied with the notice of deposition produced the only contact information in the University's possession concerning Ms. Cantellano, that being an email address and invitation for

Ms. Cantellano to become a non-resident fellow. The invitation email is attached (Exhibit A).

5. Since receipt of such information, counsel for the Plaintiff has sent email correspondence to the email address provided for Ms. Cantellano and has yet to receive any response concerning the notice of this suit and Complaint.

6. The Plaintiff respectfully requests for additional time to do the following:

   A. Continue attempts to send and receive responsive correspondence from the email address provided as well as response(s) from other addresses publicly provided with the same domain address of "onepoint5.io."

   B. Continue to research and discover alternative sources of contact information for the Defendant.

WHEREFORE, the Plaintiff, Mr. Roger C. Day, Jr., respectfully moves for this Court GRANT him leave of an additional 30 days to engage in efforts to attempt to serve Defendant Cantellano and provide a status report of efforts taken and satisfaction thereof, including a report of those efforts already taken.

Respectfully submitted

__________/s________________

Elliott Michael Harding
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the following was filed this 31st day of July 2026 with the Clerk of Court via ECF/CM.

_______/s__________________

Elliott M. Harding, Esq. (VSB # 90442)
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com