GEORGETOWN UNIVERSITY

[redacted]

[redacted] **Georgetown Fellow - Invitation**

1 message

[redacted]

[redacted]

**From:** Melanne Verveer <melanne.verveer@gmail.com>
**Date:** July 1, 2025 at 8:55:17 PM EDT
**To:** Patricia Espinosa Cantellano <pec@onepoint5.io>
**Subject: Georgetown Fellow - Invitation**

**Invitation to be affiliated with the Georgetown Institute for Women, Peace and Security (GIWPS) as a Non-Residential Fellow**

H.E. Espinosa/dear Patricia,

Thank you for joining us last week in Bellagio. Your contributions are always informed and important –
always including a call to action on climate change. We remain ever grateful that you are a core member of our Global Women's Leader network.

I am writing to invite you to also be affiliated with the Georgetown Institute for Women, Peace and Security (GIWPS) as a Non-Residential Fellow.

Our Non-Residential Fellows are an important part of our GIWPS community, joining in our commitment to advance the role of women in all areas of peace and security. They enhance our mission as a leading research and policy center; they expand our network and enable us to connect with new audiences; and they occasionally provide counsel to our staff on projects that align with their area of expertise.

We would be honored for you to join our 2025 cohort of Non-Residential Fellows. Throughout your distinguished career as a diplomat, you have been a model of inclusive leadership and a champion for gender equality, including your work on the Beijing Platform for Action. Your contributions to advancing women's rights as human rights and tireless efforts to promote inclusive climate action are exceptional. As the impacts of climate change rapidly escalate, and as GIWPS takes on more climate-related research and policy advocacy, we can think of no one better to join our 2025 cohort of Non-Residential Fellows than you.

We so hope you will join us. This will not require a significant commitment of time. Please let me know at your earliest convenience if you will accept this invitation and my colleague, Sarah Rutherford, will be in touch to coordinate the announcement.

With warmest regards,

Melanne Verveer
Executive Director, Georgetown Institute for Women, Peace and Security