**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROGER CHARLES DAY, JR.** | ) | |
| | ) | |
| ***Plaintiff*** | ) | |
| **v.** | ) | **Case No. 1:20-cv-00806 (EGS)** |
| | ) | |
| **DAVID HASKETT, et al.** | ) | |
| ***Defendants*** | | |

## STATUS REPORT

NOW COMES, the Plaintiff, Mr. ROGER CHARLES DAY, JR., by and through counsel, and respectfully provides this status report per Court minute order.

1. Plaintiff's counsel last filed a status report on July 31, 2026 which stated that in the ongoing effort to identify the residency or other address for service of process to Defendant Cantellano, Plaintiff's counsel had previously issued a subpoena duces tecum to Cantellano's former employer (Georgetown University) and served and attempted to contact Georgetown's Human Resources Department to determine whether it intended to comply with a previously issued subpoena or whether it would be in a position to send the desired materials via electronic mail.
2. On June 22, 2026, Georgetown's Human Resources Department and its General Counsel's Office were served with notice of written depositions as well as another subpoena duces tecum per Fed. R. Civ. P. 31(a). Copies of those items and the proof of process were attached.
3. Counsel for the Plaintiff sent email correspondence to the email address provided for Ms. Cantellano and has never received any response concerning the notice of this suit and Complaint. Plaintiff's counsel attempted again on multiple occasions, to no avail.

4. Since then, and per additional research, it appears that Ms. Cantellano has continued to travel to multiple internation destinations, such as her appearance in Norway on August24-25, 2026 and now Dubai, where she is attending a conference between September 1 through September 3, 2026.

5. Plaintiff's counsel has contacted Ms. Cantellano via her social media page on Instagram (@patricaespinosacantellano) asking for the best means of emailing her. It appears that this account is active, per the updates stating her whereabouts. At this time, Plaintiff's counsel is inclined to subpoena Instagram asking for the email address and phone number, or any other identifiable contact information, that is associated with that account in hopes that one can be provided for future service.

WHEREFORE, the Plaintiff, Mr. Roger C. Day, Jr., respectfully moves for this Court GRANT him leave of an additional 30 days to engage in efforts to attempt to serve Defendant Cantellano, including the service of a subpoena to Instagram and attempt service or contact to any addresses or information provided therefrom, and provide a status report of efforts taken and satisfaction thereof, including a report of those efforts already taken.

Respectfully submitted

__________/s________________

Elliott Michael Harding
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the following was filed this 31st day of August, 2026 with the Clerk of Court via ECF/CM.

_______/s__________________
Elliott M. Harding, Esq. (VSB # 90442)
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com