**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROGER CHARLES DAY, JR.** | ) | |
| | ) | |
| ***Plaintiff*** | ) | |
| **v.** | ) | **Case No. 1:20-cv-00806 (EGS)** |
| | ) | |
| **DAVID HASKETT, et al.** | ) | |
| ***Defendants*** | | |

**STATUS REPORT**

NOW COMES, the Plaintiff, Mr. ROGER CHARLES DAY, JR., by and through counsel, and respectfully provides this status report per Court minute order.

1. Plaintiff's counsel last filed a status report on August 31, 2026 which stated that in the ongoing effort to identify the residency or other address for service of process to Defendant Cantellano, Plaintiff's counsel previously issued a subpoena duces tecum to Cantellano's former employer (Georgetown University) and served and attempted to contact Georgetown's Human Resources Department to determine whether it intended to comply with a previously issued subpoena or whether it would be in a position to send the desired materials via electronic mail.
2. Georgetown's Human Resources Department and its General Counsel's Office were served with notice of written depositions as well as another subpoena duces tecum per Fed. R. Civ. P. 31(a). Copies of those items and the proof of process were attached. Counsel for the Plaintiff sent email correspondence to the email address provided for Ms. Cantellano and has never received any response concerning the notice of this suit and Complaint. Plaintiff's counsel attempted again on multiple occasions, to no avail.

3. Since then, and per additional research, Ms. Cantellano continued to travel to multiple international destinations, such as her appearance in Norway, Dubai, and New York City, New York (albeit at the United Nations).

4. Plaintiff's counsel contacted Ms. Cantellano via her social media page on Instagram (@patricaespinosacantellano) asking for the best means of emailing her. No response was received. Though it appears that this account is active, per the updates stating her whereabouts, Plaintiff's counsel never received a response.

5. Requests were made to Instagram (Meta) asking for the email address, phone number, or any other identifiable contact information associated with that account in hopes that one can be provided for future service. To this date, no response has been received from Meta. Upon receipt of a response (or objection), Plaintiff's counsel will provide such to the Court.

6. Additionally, Plaintiff's counsel has attempted to confer directly with the Plaintiff since September 23, 2026 via attempted correspondence with the Bureau of Prisons and Mr. Day's counselor, to no avail and without response from the BOP staff. Counsel is attempting to confer with Mr. Day about alternative efforts to locate Defendant Cantellano for service and prosecution of the case.

WHEREFORE, the Plaintiff, Mr. Roger C. Day, Jr., respectfully moves for this Court GRANT him leave of an additional 30 days to engage in efforts to attempt to serve Defendant Cantellano, including the ability to execute service based on any responsive information to be provided by a subpoena to Instagram (Meta) and attempt service or contact to any addresses or information provided therefrom, and provide a status report of efforts taken and satisfaction

thereof, including a report of those efforts already taken. He also respectfully requests additional time so counsel can confer with him about future efforts involving this case.

Respectfully submitted

_________/s_______________

Elliott Michael Harding
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

## CERTIFICATE OF SERVICE

I hereby certify that the following was filed this 1st day of October, 2026 with the Clerk of Court via ECF/CM.

_______/s__________________
Elliott M. Harding, Esq. (VSB # 90442)
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com